IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**MATTHEW COLWELL,**

    *Plaintiff*,

      **v.**

**RYAN WALTERS, in his official capacity as Superintendent of Public Instruction and in his individual capacity,**

      **and**

**MATT LANGSTON, in his official capacity as Chief Policy Advisor, Administrative Services, and in his individual capacity,**

    *Defendants.*

Civil Action No. 5:23-00476-G

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Ryan Walters, in his individual capacity.[1]

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

---

[1] Separate counsel represents Defendant Walters in his official capacity.

**ENTRY OF APPEARANCE**                                                      **Page 1**

Respectfully submitted,


/s/ Alexandra M. Williams
Timothy Davis
Texas State Bar No. 24086142
Alexandra M. Williams
Texas State Bar No. 24107297
**JACKSON WALKER L.L.P.**
2100 Main St., Suite 2100
Fort Worth, TX 76102
(817) 334-7270 (phone)
(817) 334-7290 (fax)
Email: tdavis@jw.com
Email: amwilliams@jw.com

Scott M. McElhaney
Texas State Bar No. 00784555
**JACKSON WALKER L.L.P.**
2323 Ross Ave., Ste. 600
Dallas, Texas 75201
(214) 953-6147 (phone)
(214) 661-6672 (fax)
Email: smcelhaney@jw.com

**COUNSEL FOR DEFENDANT RYAN
WALTERS, in his Individual Capacity**


## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

/s/ Alexandra M. Williams
JACKSON WALKER LLP