UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

MATTHEW COLWELL,

     *Plaintiff,*

vs.

                                 No. CIV-23-476-D

RYAN WALTERS, *in his official capacity as Superintendent of Public Instruction and in his individual capacity*, and

MATT LANGSTON, *in his official capacity as Chief Policy Advisor, Administrative Services, and in his individual capacity*,

     *Defendants*.

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

The undersigned attorney for official capacity Defendants respectfully requests that this Court withdraw the appearance of Bryan Cleveland as counsel because he has left employment at the Oklahoma State Department of Education. The Department officials will continue to be represented by Michael Beason, who has entered his appearance in this matter.

Dated: May 31, 2024                    Respectfully submitted,

                                      */s/ Bryan Cleveland*
                                        BRYAN CLEVELAND (OK #33860)
                                        EdChoice Legal Advocates
                                        111 Monument Circle, Suite 2650
                                        Indianapolis, IN 46204
                                        (317) 986-8658
                                        **bcleveland@edchoice.org**