IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW COLWELL,<br>    Plaintiff,<br><br>vs.<br><br>RYAN WALTERS, in his official capacity as the Superintendent of Public Instruction and in his individual capacity,<br><br>    AND<br><br>MATT LANGSTON, in his official capacity As Chief Policy Advisor, Administrative Services, and in his individual capacity,<br><br>    Defendants. | Cause No.: CIV-23-476-G |

## ENTRY OF APPEARANCE

Shannon D. Smith, Deputy General Counsel for the Oklahoma State Department of Education, hereby appears in the above-captioned matter on behalf of Defendants Ryan Walters, in his official capacity as Superintendent of Public Instruction and Matt Langston in his official capacity as Chief Policy Advisor, Administrative Services.

On August 6, 2024.

_Shannon D. Smith_
Shannon D. Smith OBA #17346
Deputy General Counsel
Oklahoma State Department of Education
2500 N. Lincoln Blvd.
Oklahoma City, OK 73105
Telephone: 405.764.5314
Shannon.Smith@sde.ok.gov
*Attorney for Defendants Ryan Walters, in his official capacity as Superintendent of Public Instruction and Matt Langston in his official capacity as Chief Policy Advisor, Administrative Services.*

## CERTIFICATE OF SERVICE

A true copy of the foregoing was served on opposing counsel below-listed via U.S. Mail, postage pre-paid, and e-mail on this 6 day of August, 2024.

Mark Hammons
Hammons Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, OK 73102
Telephone: 405.235-6100
katie@hammonslaw.com
*Attorneys for the Plaintiff*

Scott M. McElhaney
Jackson Walker, LLP
2323 Ross Ave., Suite 600
Dallas, Texas 75201
(214) 953-6147
smcelhaney@jw.com
*Attorneys for Defendants in their individual capacity*

Shannon D. Smith OBA #17346
Deputy General Counsel
Oklahoma State Department of Education
2500 N. Lincoln Blvd.
Oklahoma City, OK 73105
Telephone: 405.764.5314
Shannon.Smith@sde.ok.gov
*Attorney for Defendants Ryan Walters, in his official capacity as Superintendent of Public Instruction and Matt Langston in his official capacity as Chief Policy Advisor, Administrative Services.*