IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW COLWELL,           ) | |
|     Plaintiff,                        ) | |
|                                            ) | |
| vs.                                       ) | Case No.: CIV-23-476-G |
|                                            ) | |
| RYAN WALTERS et al.,          ) | |
|                                            ) | |
|     Defendants.                 ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

COMES NOW Michael T. Beason, General Counsel for the Oklahoma State Department of Education respectfully requests that he be released as counsel of record and be released of all further responsibilities in the above-styled and numbered case. Per the Oklahoma "Rules of Engagement for Representation of State Officials and State Employees Sued in Their Individual Capacities,"[1] a determination has been made to withdraw due to the fact this court has dismissed all claims against Defendants, Ryan Walters and Matt Langston, in their official capacities. Additionally, opposing counsel does not object to this motion.

WHEREFORE, the petitioning attorney requests that the Court enter an order allowing Mr. Beason to withdraw as counsel in this matter.

---

[1] Rules of Engagement for Representation of State Officials and State Employees Sued in Their Individual Capacities, (last accessed 08/23/2024), Oklahomahttps://oklahoma.gov/content/dam/ok/en/oag/documents/divisions/litigation/overview-documents/rules_of_engagement.pdf

**RESPECTFULLY SUBMITTED THIS 23rd DAY OF AUGUST, 2024.**

/s/ Michael T. Beason

Michael T. Beason, OBA #18535
General Counsel,
Oklahoma State Department of Education
2500 N. Lincoln Blvd.
Oklahoma City, OK 73105
Telephone: 405.764.5314
Email: michael.beason@sde.ok.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23rd, 2024, I filed the attached document with the Clerk of Court and served the attached document by U.S. Mail, postage pre-paid, and e-mail on the following:

| | |
|---|---|
| Mark Hammons | Scott M. McElhaney |
| Hammons Hurst & Associates | Jackson Walker, LLP |
| 325 Dean A. McGee Avenue | 2323 Ross Ave., Suite 600 |
| Oklahoma City, OK 73102 | Dallas, Texas 75201 |
| Telephone: 405.235-6100 | (214) 953-6147 |
| katie@hammonslaw.com | smcelhaney@jw.com |
| Attorneys for the Plaintiff | Attorneys for Defendants in their individual capacity |

/s/ Michael T. Beason
_____
Michael T. Beason, OBA #18535
General Counsel,
Oklahoma State Department of Education
2500 N. Lincoln Blvd.
Oklahoma City, OK 73105
Telephone: 405.764.5314
Email: michael.beason@sde.ok.gov