IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MATTHEW COLWELL,**<br><br>*Plaintiff*,<br><br>v.<br><br>**RYAN WALTERS, in his official capacity as Superintendent of Public Instruction and in his individual capacity,**<br><br>and<br><br>**MATT LANGSTON, in his official capacity as Chief Policy Advisor, Administrative Services, and in his individual capacity,**<br><br>*Defendants*. | Civil Action No. 5:23-00476-G |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Defendant Ryan Walters, in his individual capacity, and Defendant Matt Langston, in his individual capacity.[1]

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

---

[1] Separate counsel represent Defendants Walters and Langston in their official capacities.

Respectfully submitted,

*/s/ Trevor Paul*
Timothy Davis
Texas State Bar No. 24086142
Alexandra M. Williams
Texas State Bar No. 24107297
Trevor Paul
Texas State Bar No. 24133388
**JACKSON WALKER L.L.P.**
2100 Main St., Suite 2100
Fort Worth, TX 76102
(817) 334-7270 (phone)
(817) 334-7290 (fax)
Email: tdavis@jw.com
Email: amwilliams@jw.com
Email: tpaul@jw.com

**COUNSEL FOR DEFENDANTS RYAN WALTERS AND MATT LANGSTON, in their Individual Capacities**

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*/s/ Trevor Paul*
Trevor Paul