# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

### STATUS AND SCHEDULING CONFERENCE DOCKET

### FOR

### WEDNESDAY, OCTOBER 2, 2024

### BEFORE

### HON. CHARLES B. GOODWIN

NOTICE TO COUNSEL:

Compliance with Federal Rules of Civil Procedure 16, 26(a)(1), and 26(f) and Local Civil Rule 16.1 (W.D. Okla.) will be strictly enforced. The parties shall file their Joint Status Report and Discovery Plan by **Thursday, September 26, 2024**.

Lead trial counsel shall participate in the status and scheduling conference. Failure of lead counsel to appear will prevent counsel from participating at trial.

The status and scheduling conference will be held telephonically. No later than **Friday, September 27, 2024, at 12:00 p.m.**, the attorneys or parties who will participate in the status conference must advise Judge Goodwin's Courtroom Deputy of the telephone number at which they are to be contacted. Judge Goodwin's Courtroom Deputy may be contacted by email at jacob_buckle@okwd.uscourts.gov.

The parties are advised that in appropriate cases, the Court may determine that a conference is unnecessary and may strike the conference and enter a scheduling order based on the information provided in the parties' Joint Status Report and Discovery Plan.

**WEDNESDAY, OCTOBER 2, 2024**

**10:00 a.m.**
CIV-23-475-G      Cheryl McGee                              Amber L. Hurst
                                                            Mark E. Hammons

                  v.

                  Ryan Walters et al.                       Alexandra Marie Williams
                                                            Timothy Davis

**10:20 a.m.**
CIV-23-476-G      Matthew Colwell                           Amber L. Hurst
                                                            Mark E. Hammons

                  v.

                  Ryan Walters et al.                       Alexandra Marie Williams
                                                            Timothy Davis

**10:40 a.m.**
CIV-23-226-G      Miller Pro Audio, L.L.C.                  Justin R. Landgraf

                  v.

                  Small Business Administration et al.      Emily B. Fagan

**11:00 a.m.**
CIV-24-742-G      Deaundrey Green et al.                    Gerald F. Pignato
                                                            Matthew C. Kane
                  v.                                        Susan F. Kane

                  Allstate Indemnity Company                Andrew G. Wakeman
                                                            Galen L. Brittingham
                                                            J. Andrew Brown

**11:20 a.m.**
CIV-24-821-G      Steven Meston et al.                      Jared R. Boyer
                                                            Rachel N. Jordan
                  v.                                        Rodney K. Hunsinger II

                  Farmers Insurance Company, Inc.           Kelsie M. Sullivan

2

**11:40 a.m.**
CIV-24-854-G	Taylor Lawley	Jason S. Bolitho
	 	Matthew D. Reinstein

	v.

	Pilot Travel Centers LLC	Thomas R. Kendrick
	 	Eric Payson Warner

**1:00 p.m.**
CIV-21-514-G	Dakota Simco-Horvath	Chris J. Hammons
	 	Jason Michael Hicks

	v.

	Steven Blake Brewer	Chris J. Collins
	 	Jordan Louis Miller

	-and-

	Board of County Commissioners for	Jeffrey C. Hendrickson
	Oklahoma County et al.	Randall J. Wood
	 	Robert S. Lafferrandre

**1:20 p.m.**
CIV-24-680-G	Rick Streater et al.	A. Laurie Koller
	 	Ben D. Baker
	v.	Levi Benjamin Baker

	State Farm Fire and Casualty Company	Andrew James Morris
	 	Zachary L. Neighbors
	 	Jessica L. Dickerson

**1:40 p.m.**
CIV-24-688-G	Santiago Arzate	A. Laurie Koller
	 	Ben D. Baker
	v.	Levi Benjamin Baker

	State Farm Fire and Casualty Company	Kathryn D. Terry
	 	Natalie M. McMahan

**2:00 p.m.**
CIV-24-689-G	Barbara Pfrehm	A. Laurie Koller
	 	Ben D. Baker
	v.	Levi Benjamin Baker

	State Farm Fire and Casualty Company	Kathryn D. Terry
	 	Natalie M. McMahan

| | | |
|---|---|---|
| **2:20 p.m.** | | |
| CIV-24-788-G | HHOP, Inc. d/b/a Heritage Hills Office Park | Matthew M. McGrew<br>Michael D. McGrew<br>Kristen M. Merritt |
| | v. | Robin D. McGrew |
| | State Farm Fire and Casualty Company | Lance E. Leffel<br>Zoe E. Butts |
| **2:40 p.m.** | | |
| CIV-24-249-G | Off Duty Officers, Inc. | Daniel W. Towson<br>Ross M. Poole<br>Terence L. Greene |
| | v. | Kenneth G. Cole<br>Thomas A. Paruolo |
| | Paycom Payroll, LLC | Bryan Matthew Sonksen<br>Peter N. Villar<br>Ronald Irvin Raether Jr. |
| | -and- | Robert E. Norman |
| | Does 1 Through 10 | |