## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. MATTHEW COLWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-23-476-G |
| | ) |
| 1. RYAN WALTERS, | ) |
|    in his individual capacity, and | ) |
| | ) |
| 2. MATT LANGSTON, | ) |
|    in his individual capacity, | ) |
| | ) |
| Defendants. | ) |

### NOTICE REGARDING EXPERT WITNESS LIST

**COMES NOW THE PLAINTIFF,** the Plaintiff is unable to file an expert witness list because Plaintiff's Motion to Compel Answers to Discovery and Production of Documents (Dkt. 45) is at issue and has yet been decided. Plaintiff cannot yet identify an expert until the Motion to Compel Answers to Discovery and Production of Documents is decided upon.

**RESPECTFULLY SUBMITTED THIS 20th DAY OF MARCH, 2025.**

                                      HAMMONS, HURST & ASSOCIATES

                                      s/ Mark Hammons
                                      Mark Hammons, OBA No. 3784
                                      Amber L. Hurst, OBA No. 21231
                                      325 Dean A. McGee Avenue
                                      Oklahoma City, Oklahoma 73102
                                      Telephone: (405) 235-6100
                                      Facsimile: (405) 235-6111
                                      Email: assistant@hammonslaw.com
                                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service on Defendants' counsel below listed on 20th day of March, 2025:

David R. Gleason
Moricoli Kellogg & Gleason, P.C.
One Leadership Square, Ste. 1350, 211 N. Robinson Ave.
Oklahoma City, OK 73102
Phone: 405-235-3357
dgleason@moricoli.com
*Attorney for Defendants in their individual capacities*